THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANITA ERICKSON,<br><br>      Plaintiff,<br><br>  v.<br><br>BIOGEN, INC.,<br><br>      Defendant. | CASE NO. C18-1029-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend discovery for the limited purpose of completing depositions (Dkt. No. 41). The motion is GRANTED. The discovery deadline is EXTENDED for the limited purpose of completing the following depositions: (1) Plaintiff's Federal Rule of Civil Procedure 30(b)(6) deponent(s); (2) Shane Volkmann; (3) Susan Hajek; (4) Peter Nickerson; (5) William Skilling; and (6) Dr. Dennis Galvon. These depositions shall be completed before July 30, 2019.

DATED this 1st day of July 2019.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk