<div style="text-align: right">THE HONORABLE JOHN C. COUGHENOUR</div>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANITA ERICKSON, | CASE NO. C18-1029-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BIOGEN, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to withdraw Defendant's affirmative defenses of undue hardship and unclean hands (Dkt. No. 43). The motion is GRANTED. Defendant's fourth affirmative defense of undue hardship and seventh affirmative defense of unclean hands are STRUCK.

DATED this 2nd day of July 2019.

<div style="margin-left: 50%">
William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk
</div>