THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANITA ERICKSON,<br><br>              Plaintiff,<br><br>    v.<br><br>BIOGEN, INC.,<br><br>              Defendant. | CASE NO. C18-1029-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to adjust the hearing date and briefing schedule for pending summary judgment motions (Dkt. No. 58). Finding good cause, the motion is GRANTED. The Clerk is DIRECTED to re-note Plaintiff's motion for partial summary judgment (Dkt. No. 48) and Defendant's motion for summary judgment (Dkt. No. 50) to August 30, 2019. The briefing schedule for each motion shall be adjusted accordingly.

DATED this 15th day of August 2019.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk