THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANITA ERICKSON, | CASE NO. C18-1029-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BIOGEN, INC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to withdraw Plaintiff's claims of age discrimination under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, *et seq.* and under the Washington Law Against Discrimination, Wash. Rev. Code § 49.60.180 (Dkt. No. 80). The parties also move to withdraw Defendant's affirmative defenses of (1) job-relatedness/business necessity and (2) good faith as to liability. (*Id.*)[1] The motion is GRANTED. Plaintiff's claims of age discrimination in her first and second causes of action are STRUCK. Defendant's fifth affirmative defense of good faith as to liability and sixth affirmative defense of job-relatedness/business necessity are STRUCK.

---

[1] The parties also move to withdraw Defendant's fourth and seventh affirmative defenses of undue hardship and unclean hands. The parties previously moved to withdraw those defenses. (*See* Dkt. No. 43.) The Court granted the motion, and the defenses are struck. (Dkt. No. 44.)

MINUTE ORDER
C18-1029-JCC
PAGE - 1

1      DATED this 24th day of September 2019.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk