THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANITA ERICKSON,<br><br>                Plaintiff,<br><br>    v.<br><br>BIOGEN, INC,<br><br>                Defendant. | CASE NO. C18-1029-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion to seal (Dkt. No. 87) an exhibit filed in support of Plaintiff's motions in limine (Dkt. No. 85). Having thoroughly considered the filings and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

"[T]here is a strong presumption of public access to [the Court's] files." W.D. Wash. Local Civ. R. 5(g)(3). The presumption of public access may be overcome if the Court finds a compelling reason to seal and articulates a factual basis for its decision. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

The Court previously entered the parties' stipulated protective order, which limits the disclosure of the parties' confidential information. (*See* Dkt. No. 10.) Defendant designated the exhibit at issue as "confidential" pursuant to the protective order, as they contain Defendant's sensitive information. (*See* Dkt. No. 87 at 1.) Having reviewed the exhibit, the Court agrees that

it contains confidential information that falls within the scope of the protective order. (Dkt. No. 10.) Thus, a compelling reason to seal exists that overcomes the presumption of public access to the exhibit.

For the foregoing reasons, Plaintiff's motion to seal (Dkt. No. 87) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 88 under seal until further order of the Court.

DATED this 25th day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE