THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANITA ERICKSON,<br><br>    Plaintiff,<br><br> v.<br><br>BIOGEN, INC,<br><br>    Defendant. | CASE NO. C18-1029-JCC<br><br>MINUTE ORDER |

   The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

   Plaintiff's motions in limine (Dkt. No. 85) and Defendant's motions in limine (Dkt. No. 89) are GRANTED in part and DENIED in part as reflected in the record. (*See* Dkt. No. 125.) Defendant's motion to bifurcate trial (Dkt. No. 92) is DENIED as reflected in the record. (*See* Dkt. No. 125.) Given the jury verdict, Defendant's motion to clarify the Court's summary judgment order (Dkt. No. 109) is now moot. The Clerk is DIRECTED to terminate Defendant's motion to clarify the Court's summary judgment order (Dkt. No. 109.)

   DATED this 18th day of November 2019.

                William M. McCool
                Clerk of Court

                s/Tomas Hernandez
                Deputy Clerk