# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DANITA ERICKSON,<br><br>                Plaintiff,<br>   v.<br><br>BIOGEN, INC.,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C18-1029-JCC |

  __X__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  ____  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Consistent with the verdict of the jury rendered on November 6, 2019, (Dkt. No. 154), judgment is hereby ENTERED as follows:

(1) Judgment is ENTERED in favor of Defendant Biogen, Inc., and against Plaintiff Danita Erickson on Plaintiff's federal ADA disability discrimination claim; state law WLAD disability discrimination claim; and federal ADA retaliation claim; and these claims are DISMISSED with prejudice;

(2) Judgment is ENTERED in favor of Plaintiff Danita Erickson and against Defendant Biogen, Inc., on Plaintiff's federal Title VII sex discrimination claim; state law WLAD gender discrimination claim; federal Title VII retaliation claim; state law WLAD retaliation claim; federal False Claims Act retaliation claim; and state law claim of wrongful termination in violation of public policy; and

(3) Judgment is ENTERED in favor of Plaintiff Danita Erickson and against Defendant Biogen, Inc. in the amount of $390,500 in past economic damages; $2,143,722 in future economic damages; $1,690,000 in non-economic damages; and $1,690,000 in punitive damages.

The Clerk is respectfully directed to CLOSE this case.

//

DATED this 18th day of November 2019.

WILLIAM M. MCCOOL  
Clerk of Court

/s/ *Tomas Hernandez*  
Deputy Clerk
