THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANITA ERICKSON,

                  Plaintiff,

     v.

BIOGEN, INC.,

                  Defendant.

CASE NO. C18-1029-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulated motion to continue the stay until post-judgment motions are resolved (Dkt. No. 177). Judgment in this case was entered on November 18, 2019. (Dkt. No. 158.) Federal Rule of Civil Procedure 62(a) provides that the execution of judgment and enforcement proceedings are automatically stayed for 30 days after entry of judgment. Pursuant to parties' stipulation, the Court hereby ORDERS that the automatic stay under Rule 62(a) shall remain in effect until the parties' post-judgment motions are resolved, and that Defendant need not seek a stay by bond or other security under Rule 62(b) pending resolution of post judgment motions.

     //

     //

1   DATED this 20th day of December 2019.

2                                                   William M. McCool
                                                    Clerk of Court
3

4                                                   s/Tomas Hernandez
                                                    Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26